THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAI WEDEKIND, derivatively on behalf of COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, and MARY AGNES WILDEROTTER,<br><br>　　　　　Defendants,<br><br>and<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Nominal Defendant. | CASE NO.:  2:18-cv-01777-RSM<br><br>**NOTICE OF APPEARANCE OF BARRY M. KAPLAN AND GREGORY L. WATTS FOR DEFENDANTS COSTCO WHOLESALE CORPORATION, HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, AND MARY AGNES WILDEROTTER** |

**NOTICE OF APPEARANCE**
2:18-cv-01777-RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  TO: The Clerk of the Court

2  AND TO: All Parties of Record

3  PLEASE TAKE NOTICE that Barry M. Kaplan and Gregory L. Watts of Wilson

4  Sonsini Goodrich & Rosati, Professional Corporation hereby appear as attorneys of record for

5  Nominal Defendant Costco Wholesale Corporation and Individual Defendants Hamilton E.

6  James, Susan Decker, Kenneth D. Denman, Richard A. Galanti, W. Craig Jelinek, Richard M.

7  Libenson, John W. Meisenbach, Charles T. Munger, Jeffrey S. Raikes, John W. Stanton, and

8  Mary Agnes Wilderotter, and request that all future papers and pleadings herein, except

9  original process, be served upon them at the address set forth below.

10  Dated: January 18, 2019

11  s/ Barry M. Kaplan
s/ Gregory L. Watts
12  Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
13  **WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
14  Seattle, WA  98104-7036
Telephone:  (206) 883-2500
15  Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com
16  Email: gwatts@wsgr.com

17

18  *Attorneys for Defendants Costco Wholesale Corporation, Hamilton E. James, Susan Decker, Kenneth D. Denman, Richard A. Galanti, W. Craig Jelinek, Richard M. Libenson, John W. Meisenbach, Charles T. Munger, Jeffrey S. Raikes, John W. Stanton, And Mary Agnes Wilderotter*

19

20

21

22

23

24

25

26

27

**NOTICE OF APPEARANCE**
2:18-cv-01777-RSM

-1-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated:  January 18, 2019

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

**CERTIFICATE OF SERVICE**
2:18-cv-01777-RSM

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699