THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAI WEDEKIND, derivatively on behalf of COSTCO WHOLESALE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, and MARY AGNES WILDEROTTER,<br><br>　　　　Defendants,<br><br>and<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Nominal Defendant. | CASE NO.: 2:18-cv-01777-RSM<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND L.C.R. 7.1** |

**DEF. COSTCO'S CORPORATE DISCLOSURE STATEMENT**
2:18-cv-01777-RSM

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Nominal Defendant Costco Wholesale Corporation, a Washington corporation, by and through its undersigned counsel, state that:

1. Costco Wholesale Corporation is a publicly traded corporation that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 18, 2019

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Costco Wholesale Corporation, Hamilton E. James, Susan Decker, Kenneth D. Denman, Richard A. Galanti, W. Craig Jelinek, Richard M. Libenson, John W. Meisenbach, Charles T. Munger, Jeffrey S. Raikes, John W. Stanton, And Mary Agnes Wilderotter*

**DEF. COSTCO'S CORPORATE DISCLOSURE STATEMENT**
2:18-cv-01777-RSM

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated:  January 18, 2019

                                         s/ Barry M. Kaplan
                                         Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE
2:18-cv-01777-RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699