1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIKOLAI WEDEKIND, derivatively on behalf of COSTCO WHOLESALE CORPORATION, | Civil Action No. 2:18-cv-01777 |
| Plaintiff, | |
| v. | |
| HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, and MARY AGNES WILDEROTTER, | **STIPULATION STAYING ACTION** <br><br> **AND ORDER THEREON** |
| Defendants, | |
| and | |
| COSTCO WHOLESALE CORPORATION, | |
| Nominal Defendant. | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

### STIPULATION STAYING ACTION AND [PROPOSED] ORDER THEREON

WHEREAS, on December 11, 2018, Plaintiff Nikolai Wedekind ("Plaintiff") filed the above captioned shareholder derivative action (the "Action") on behalf of Costco Wholesale Corporation ("Costco" or the "Company");

23
24
25
26

STIPULATION STAYING ACTION AND ORDER
THEREON - 1

**BADGLEY MULLINS TURNER** PLLC

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

WHEREAS, the Action alleges claims of breaches of fiduciary and unjust enrichment against current and former directors of Costco (collectively with Nominal Defendant Costco, the "Defendants");

WHEREAS, there exists two factually related federal securities class actions captioned *Johnson v. Costco Wholesale Corporation*, et. al., Case No. 2:18-cv-01611-TSZ, and *Chen v. Costco Wholesale Corporation, et al*., Case No. 2:18:-cv-01779 (the "Securities Class Action") currently pending before this Court;

WHEREAS, the plaintiffs in the Securities Class Action have moved to consolidate the *Johnson* and *Chen* actions and for the appointment of a lead plaintiff, noted on the Court's calendar for January 25, 2019;

WHEREAS, following consolidation and the appointment of a lead plaintiff, a consolidated complaint will be filed or designated in the Securities Class Action, and the defendants in the Securities Class Action intend to move to dismiss that complaint;

WHEREAS, the allegations in the Action arise from the same or substantially similar facts, occurrences and transactions as those in the Securities Class Action; and

WHEREAS, the Parties believe that that the efficient prosecution of the Action will be served by staying the Action pending a ruling on defendants' motion to dismiss in the Securities Class Action.

Now, therefore, the Parties hereto stipulate and the Court ORDERS as follows:

1.      The Action is stayed against all Defendants until entry of an order resolving the motion to dismiss in the related Securities Class Action.

2.      The Parties agree that if a plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiff may lift the agreed stay upon ten (10) days' notice in writing.

3.      Within thirty (30) days of the termination of the stay, the parties shall meet and confer concerning a schedule for further proceedings and, should an agreement be reached, the

STIPULATION STAYING ACTION AND ORDER
THEREON - 2

**BADGLEY MULLINS TURNER** PLLC

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1   parties will submit a joint proposed schedule for the Court within thirty (30) days of the

2   termination of the stay.

3   IT IS SO STIPULATED

4    Dated: January 18, 2019

5

6                                        THE WEISER LAW FIRM, P.C.

7                                          *s/ James M. Ficaro*

8                                        ROBERT B. WEISER
                                         BRETT D. STECKER

9                                        JAMES M. FICARO (pro hac vice)
                                         22 Cassatt Avenue

10                                       Berwyn, PA 19312
                                         Telephone:  (610) 225-2677

11                                       Facsimile:  (610) 408-8062
                                         Email: rw@weiserlawfirm.com

12                                               bds@weiserlawfirm.com
                                                 jmf@weiserlawfirm.com

13

14                                       BADGLEY MULLINS TURNER PLLC

15                                       *s/ Duncan C. Turner*
                                         DUNCAN C. TURNER, WSBA No. 20597

16                                       BADGLEY MULLINS TURNER PLLC
                                         19929 Ballinger Way NE, Suite 200

17                                       Seattle, WA 98155
                                         Telephone:  (206) 621-6566

18                                       Facsimile:  (206) 621-9686
                                         Email:  dturner@badgleymullins.com

19                                       **Counsel for Plaintiff**

20                                       WILSON SONSINI GOODRICH & ROSATI

21                                        *s/ Gregory L. Watts*

22                                       BARRY M. KAPLAN
                                         GREGORY L. WATTS

23                                       701 Fifth Avenue, Suite 5100
                                         Seattle, WA 98104-7036

24                                       Telephone: (206) 883-2617
                                         Email: bkaplan@wsgr.com

25                                       Email: gwatts@wsgr.com
                                         **Counsel for Defendants**

26

STIPULATION STAYING ACTION AND ORDER
THEREON - 3

**BADGLEY MULLINS TURNER** PLLC

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 22, 2019.

_____

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION STAYING ACTION AND ORDER
THEREON - 4

**BADGLEY MULLINS TURNER** PLLC

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686