THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIKOLAI WEDEKIND, derivatively on behalf of COSTCO WHOLESALE CORPORATION, | Civil Action No. 2:18-cv-01777 |
| Plaintiff, | |
| v. | |
| HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, and MARY AGNES WILDEROTTER, | **STIPULATION EXTENDING STAYING OF ACTION AND ORDER THEREON** |
| Defendants, | |
| and | |
| COSTCO WHOLESALE CORPORATION, | |
| Nominal Defendant. | |

**STIPULATION EXTENDING STAYING OF ACTION AND ORDER THEREON**

WHEREAS, on December 11, 2018, Plaintiff Nikolai Wedekind ("Plaintiff") filed the above captioned shareholder derivative action (the "Action") on behalf of Costco Wholesale Corporation ("Costco" or the "Company");

STIPULATION EXTENDING STAYING OF
ACTION AND ORDER THEREON - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

WHEREAS, the Action alleges claims of breaches of fiduciary and unjust enrichment against current and former directors of Costco (collectively with Nominal Defendant Costco, the "Defendants");

WHEREAS, there exists a factually related federal securities class action captioned *Johnson v. Costco Wholesale Corporation*, et. al., Case No. 2:18-cv-01611-TSZ (the "Securities Class Action") currently pending before this Court;

WHEREAS, the allegations in the Action arise from the same or substantially similar facts, occurrences and transactions as those in the Securities Class Action;

WHEREAS, on January 22, 2019, the Court entered a stipulation and order staying the Action pending a resolution of the motion to dismiss in the Securities Class Action;

WHEREAS, defendants' motion to dismiss the Securities Class Action was granted with prejudice and judgement was entered on August 19, 2020;

WHEREAS, on September 17, 2020, the plaintiffs in the Securities Class Action filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (the "Appeal"); and

WHEREAS, the Parties believe that that the efficient prosecution of the Action will be served by maintaining the stay of the Action pending a ruling on the Appeal.

Now, therefore, the Parties hereto stipulate and the Court ORDERS as follows:

1. The Action is stayed against all Defendants until entry of an order resolving the Appeal.

2. The Parties agree that if a plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiff may lift the agreed stay upon ten (10) days' notice in writing.

3. Within thirty (30) days of the termination of the stay, the parties shall meet and confer concerning a schedule for further proceedings and, should an agreement be reached, the parties will submit a joint proposed schedule for the Court within thirty (30) days of the termination of the stay.

STIPULATION EXTENDING STAYING OF
ACTION AND ORDER THEREON - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| | | |
|---|---|---|
| 1 | | |
| 2 | IT IS SO STIPULATED | |
| 3 | Dated: September 25, 2020 | THE WEISER LAW FIRM, P.C. |
| 4 | |  *s/ James M. Ficaro* |
| | | ROBERT B. WEISER |
| 5 | | JAMES M. FICARO |
| | | 22 Cassatt Avenue |
| 6 | | Berwyn, PA 19312 |
| 7 | | Telephone:  (610) 225-2677 |
| | | Facsimile:  (610) 408-8062 |
| 8 | | Email: rw@weiserlawfirm.com |
| | |         jmf@weiserlawfirm.com |
| 9 | | |
| 10 | | BADGLEY MULLINS TURNER PLLC |
| 11 | | *s/ Duncan C. Turner* |
| | | DUNCAN C. TURNER, WSBA No. 20597 |
| 12 | | BADGLEY MULLINS TURNER PLLC |
| | | 19929 Ballinger Way NE, Suite 200 |
| 13 | | Seattle, WA 98155 |
| 14 | | Telephone:  (206) 621-6566 |
| | | Facsimile:   (206) 621-9686 |
| 15 | | Email:  dturner@badgleymullins.com |
| 16 | | ***Counsel for Plaintiff*** |
| 17 | Dated: September 25, 2020 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 18 | | |
| 19 | |  *s/ Gregory L. Watts* |
| | | BARRY M. KAPLAN, WSBA #8661 |
| 20 | | GREGORY L. WATTS, WSBA #43995 |
| | | 701 Fifth Avenue, Suite 5100 |
| 21 | | Seattle, WA 98104-7036 |
| 22 | | Telephone: (206) 883-2617 |
| | |  Email: bkaplan@wsgr.com |
| 23 | |  Email: gwatts@wsgr.com |
| 24 | | ***Counsel for Defendants*** |
| 25 | | |
| 26 | | |

STIPULATION EXTENDING STAYING OF
ACTION AND ORDER THEREON - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: September 30, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING STAYING OF
ACTION AND ORDER THEREON - 4

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686