**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NIKOLAI WEDEKIND, derivatively on behalf of COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON E. JAMES, SUSAN DECKER, KENNETH D. DENMAN, RICHARD A. GALANTI, W. CRAIG JELINEK, RICHARD M. LIBENSON, JOHN W. MEISENBACH, CHARLES T. MUNGER, JEFFREY S. RAIKES, JOHN W. STANTON, and MARY AGNES WILDEROTTER,<br><br>Defendants,<br><br>and<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Nominal Defendant. | Civil Action No. 2:18-cv-01777-RSM<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL - 1-

**BADGLEY MULLINS TURNER** PLLC

19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff Nikolai Wedekind hereby serves this notice of voluntary dismissal of the above-captioned action (the "Action") without prejudice pursuant to Fed. R. Civ. P. Rule 41 (a)(1)(A)(i) with each party to bear their own costs. No defendant has served an answer or motion for summary judgment in the Action.

Dated: September 7, 2021

**BADGLEY MULLINS TURNER PLLC**

*s/ Duncan C. Turner*
DUNCAN C. TURNER, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, Washington, 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

THE WEISER LAW FIRM, P.C.
JAMES M. FICARO (*pro hac vice*)
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
 Email: jmf@weiserlawfirm.com

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL - 2-

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties for the above-entitled action.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: 206-621-6566
Email: ydorjee@badgleymullins.com

NOTICE OF VOLUNTARY DISMISSAL - 3-

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686